## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

JENNIFER VANG,
on behalf of herself and all
others similarly situated,

        Plaintiffs,

        v.                              Case No. 09-C-842

KOHLER CO.,
a Domestic Corporation,

        Defendant.

---

## REVISED SCHEDULING ORDER

---

The court has received and reviewed the parties' Joint Stipulation to Postpone Scheduling Order. For good cause appearing, the court will modify the scheduling order.

**NOW THEREFORE IT IS ORDERED** that the parties' Joint Stipulation to Postpone Scheduling Order be and hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that the parties shall have ninety (90) days to complete discovery following the court's order on class certification or decertification, whichever occurs last;

**IT IS FURTHER ORDERED** that the parties shall have one hundred and twenty (120) days to file all dispositive motions following the court's order on class certification or decertification, whichever occurs last.

**SO ORDERED** this 1st day of December 2011, at Milwaukee, Wisconsin.

                    **BY THE COURT:**

                    s/ William E. Callahan, Jr.
                    WILLIAM E. CALLAHAN, JR.
                    United States Magistrate Judge

2