UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

Jennifer Vang                                    CASE NO. 09-cv-842
          Plaintiff,

v.

Kohler Co.,
a Domestic Corporation
          Defendants.

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

      PLEASE TAKE NOTICE that Larry A. Johnson, formerly counsel for Plaintiff in the above-captioned matter, is no longer affiliated with Cross Law Firm, S.C. Cross Law Firm, S.C. continues to represent Plaintiff.

      Larry A Johnson is now affiliated with the law firm of Hawks Quindel, S.C., located at 222 E Erie Street, Suite 210, Milwaukee, WI 53202.

      Attorney Larry A. Johnson no longer represents Plaintiff in this matter. Please remove Attorney Larry A. Johnson of Hawks Quindel, S.C. as counsel of record for all Plaintiffs in the above-captioned matter.

Dated this 19th day of April, 2013.

                                              Respectfully submitted,

                                              s/LARRY JOHNSON
                                              Larry A. Johnson
                                              ljohnson@hq-law.com
                                              Hawks Quindel, S.C.
                                              The Lawyers' Building
                                              222 E Erie Street, Suite 210
                                              Milwaukee, WI 53202
                                              (414) 271-8650 (office)
                                              (414) 271-8442 (facsimile)